UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:20-cr-00094-TWP-TAB |
| | ) | |
| JOSEPH KREJSA, | ) -03 | |
| | ) | |
| Defendant. | ) | |

**ENTRY FOR JANUARY 10, 2023**
**THE HONORABLE TANYA WALTON PRATT, CHIEF JUDGE**

The Government appeared by Katherine Gray DeVar and Peter Blackett. The Defendant appeared in person, and by retained counsel Daniel E. Pulliam and Erica MacDonald. Glen Carlson and Tim Kempf attended as agents for the Government. David Moxley was the Court Reporter. Parties appeared for hearing on Defendant's Petition to Enter a Plea of Guilty at the Indianapolis Courthouse.

The Defendant was sworn. The Court advised Defendant of his rights. The Court inquired of the Defendant whether the Defendant understood the rights that the Defendant would relinquish if the Court accepted the plea of guilty and the Defendant responded affirmatively. A factual basis was accepted. The Court found the Defendant was fully competent and able to enter an informed plea, the Defendant's plea was made knowingly and voluntarily, the plea was supported by an independent basis in fact containing each of the essential elements of the offense charged. Defendant's Plea Agreement was accepted by the Court pursuant to the Federal Rules of Criminal Procedure 11(c)(1)(B) and Defendant was adjudged guilty of Count 5, Obstruction of Justice (Falsification of a Report) as charged in the Superseding Indictment.

This matter was set for sentencing on June 27, 2023 at 10:30 a.m. in Courtroom 344, Birch Bayh Federal Building and U.S. Courthouse, Indianapolis, Indiana.

Because of the age of this case and the extended time setting, the parties should anticipate no continuances of this date.

IT IS SO ORDERED.

Date: 1/10/2023

Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

Peter A. Blackett
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
peter.blackett@usdoj.gov

Katherine Gray DeVar
DOJ-Crt
katherine.devar@usdoj.gov

Mary J. Hahn
DOJ-Crt
mary.hahn@usdoj.gov

Erica MacDonald
Faegre Drinker Biddle & Reath LLP
erica.macdonald@faegredrinker.com

Daniel E. Pulliam
FAEGRE DRINKER BIDDLE & REATH LLP (Indianapolis)
daniel.pulliam@faegredrinker.com

Jason Rauch
FAEGRE DRINKER BIDDLE & REATH LLP (Indianapolis)
jason.rauch@faegredrinker.com